```
Aidan W. Butler (SBN 208399)
Attorney at Law
3550 Wilshire Boulevard, Suite 1924
Los Angeles, California 90010
Telephone: (213) 388-5168
Telecopier: (213) 388-5178
tocontactaidan@gmail.com
```

Attorneys for Plaintiff ARMANDO CONTRERAS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO CONTRERAS, an individual,<br><br>             Plaintiff,<br><br>       vs.<br><br>HUNT & HENRIQUES, a California law partnership; and DOES 1-10, inclusive,<br><br>             Defendants. | **CASE NO.: 2:21-cv-3597-PSG-AGR**<br><br>**NOTICE OF CONDITIONAL SETTLEMENT** |

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE** that the parties to the above-captioned matter have executed a written settlement agreement which resolves all issues in this case, and which requires performance within 45 days of today's date.

DATED: October 22, 2021                    Respectfully submitted,


                                By:    */S/  Aidan W. Butler*
                                       Aidan W. Butler
                                       Attorney for Plaintiff
                                       ARMANDO CONTRERAS