FILED
CLERK, U.S. DISTRICT COURT
12/07/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___WH___ DEPUTY

LINK 16
case already closed

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO CONTRERAS, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>HUNT & HENRIQUES, etc.,<br><br>    Defendants. | CASE NO.: 2:21-cv-3597-PSG-AGR<br><br>[~~PROPOSED~~] ORDER |

**TO ALL PARTIES:**

Based upon the foregoing request from Plaintiff, with good cause appearing, the above-captioned case is now dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

DATED: 12/07/2021

By: _____
JUDGE OF THE U.S. DISTRICT COURT

2:21-cv-3597-PSG-AGR      1      [PROPOSED] ORDER